1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DEWAYNE A. WRIGHT,                          No. 24-cv-02739 SCR P
12                  Plaintiff,
13           v.                                  <u>ORDER</u>
14   PERCIL, ET AL.,
15                  Defendants.
16
17           Plaintiff, a county prisoner proceeding pro se, filed this civil rights action pursuant to
18   42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to
19   28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not
20   been filled out and signed by an authorized prison official. Also, plaintiff has not filed a certified
21   copy of the inmate trust account statement for the six-month period immediately preceding the
22   filing of the complaint. <u>See</u> 28 U.S.C. §1915(a)(2). Plaintiff will be provided another
23   opportunity to submit a fully completed application to proceed in forma pauperis.
24           In accordance with the above, IT IS HEREBY ORDERED that:
25           1. The Clerk of the Court shall provide plaintiff with another copy of the in forma
26   pauperis application used by this court;
27           2. Plaintiff shall submit, within thirty days from the date of this order, a completed
28   affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk

                                                      1

1  of Court, and a certified copy of the inmate trust account statement for the six-month period
2  immediately preceding the filing of the complaint; and
3      3. Plaintiff's failure to comply with this order will result in a recommendation that this
4  action be dismissed without prejudice.
5  DATED: January 29, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE