UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE A. WRIGHT,

Plaintiff,

v.

PERCIL, et al.,

Defendants.

No. 2:24-cv-02739 DAD SCR P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 14)

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on October 4, 2024, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On July 20, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders after plaintiff failed to comply with the magistrate judge's February 10, 2026 order directing him to file a second amended complaint within thirty (30) days, despite having been granted an extension of time in which to do so. (Doc. No. 14).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one days. (*Id.* at 2.) Plaintiff has not filed

objections to the findings and recommendations, or otherwise communicated with the court, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The July 20, 2026 findings and recommendations (Doc. No. 14) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with the court's orders. *See* Local Rule 110; Fed. R. Civ. P. 41(b); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE